**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


**ROSA JANE MCKELLAR**                                                    **PLAINTIFF**


**VS.**                          **CASE NO. 3:15CV00360 PSH**


**CAROLYN W. COLVIN, Acting Commissioner,**
    **Social Security Administration**                          **DEFENDANT**


**JUDGMENT**


It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is

dismissed with prejudice.  The relief sought is denied.

DATED this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE